# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSEPH L. VAN PATTEN and
JOHN ALLEN ECCLES,
        Plaintiffs,

   v.                                                            Case No. 07-C-788

RANDALL WRIGHT, et al.,
        Defendants.

## ORDER

    Plaintiff John Allen Eccles has not had contact with this court since September 25, 2007. Two orders sent to plaintiff Eccles at his last known address were returned as undeliverable. Additionally, plaintiff Van Patten has stated that he has been unable to contact plaintiff Eccles regarding this case since December 2007. It thus appears that plaintiff Eccles has moved and has not provided his forwarding address to this court. It further appears that plaintiff Eccles no longer wishes to continue in his prosecution of this action, having apprised neither the court nor his co-plaintiff of his current address. Thus, plaintiff is hereby advised that unless he provides updated contact information, including an address and telephone number, to this court on or before **September 8, 2008**, his claims in this action will be dismissed without prejudice for lack of prosecution pursuant to Civil Local Rule 41.3 (E.D. Wis.).[1]

    **SO ORDERED** at Milwaukee, Wisconsin, this 8th day of August, 2008.

---

    [1] Civil L.R. 41.3 provides that "[w]henever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days."

/s_____
LYNN ADELMAN
District Judge